IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN FRANK McLANEY and ) | |
| ROBIN P. McLANEY, ) | |
| ) | |
|    Debtors. ) | |
| ) | |
| JOHN FRANK McLANEY and ) | |
| ROBIN P. McLANEY, ) | |
| ) | |
|    Appellees, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-1128-WKW (WO) |
| ) | |
| KENTUCKY HIGHER EDUCATION ) | |
| ASSISTANCE AUTHORITY, ) | |
| ) | |
|    Appellant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day, it is ORDERED that the Final Judgment of the United States Bankruptcy Court, entered in this proceeding on September 10, 2004, is AFFIRMED. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of September, 2007.

                                             /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE